1  MELINDA L. HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  JOSEPH FAZIOLI (CABN 275564)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5061
7     Facsimile: (408) 535-5081
      E-Mail: joseph.fazioli@usdoj.gov
8
   Attorneys for the United States
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00104 RMW |
| Plaintiff, | STIPULATION AND [] ORDER RESETTING HEARING AND RESPONSE DATES ON DEFENDANT'S REQUEST TO DEFER RULING ON GOVERNMENT'S FORFEITURE MOTION; MOTION FOR RETURN OF PROPERTY |
| v. | |
| WENDELL SCOTT, | |
| Defendant. | |

By clerk's notice dated September 22, 2011, the Court set for hearing on October 24, 2011 the defendant's request to deter ruling on government's forfeiture motion and the defendant's motion for return of property. The Court also ordered the government to respond to the motion by October 17, 2011.

The parties now jointly request that the date for the hearing be reset to October 31, 2011 and the date for the government's response be reset to October 25, 2011. The grounds for the parties' request is that the parties are conferring regarding the return of the defendants' property (which includes various electronic media) that was seized by the government but is not subject to

STIPULATION AND [] ORDER
CR 09-00104 RMW

a forfeiture order.  As part of this process, the government is working with the case agency to facilitate the expeditious return of the defendant's non-forfeited property, while simultaneously working to ensure that no contraband materials are returned to the defendant.  In light of the above, the parties agree, and the Court finds and holds, as follows:

1. The currently October 24, 2011 hearing date is hereby reset to October 31, 2011.

2. The government shall have October 25, 2011 to file a response to the defendant's motion.

STIPULATED:

DATED:_____10/17/11_____       _____/s/_____
                                   LARA VINNARD
                                   Assistant Federal Public Defender

DATED:_____10/17/11_____      _____/s/_____
                                   JOSEPH A. FAZIOLI
                                   Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____            *Ronald M. Whyte* (signature)
                                   RONALD M. WHYTE
                                   UNITED STATES DISTRICT JUDGE

Stipulation and [] order
CR 09-00104 RMW